UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| DILARNO MILLARD MCCORMACK | : | CR. NO. 13-293 (NLH) |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 30th day of April, 2013,

ORDERED that Richard Coughlin, Federal Public Defender for the District of New Jersey, is hereby appointed to represent said defendant in this case until further order of the Court.

_____
NOEL L. HILLMAN,
UNITED STATES DISTRICT JUDGE